**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Robert Ray BARNES, Jr.,**
**Defendant–Appellant.**

**No. 07–50004**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Robert Ray Barnes, Jr., presents arguments that he concedes are foreclosed by *United States v. Rawls,* 85 F.3d 240, 242-44 (5th Cir.1996), which rejected a Commerce Clause challenge to the felon-in-possession statute, 18 U.S.C. § 922(g). *See United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir.2001). The Government's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.